**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1355**

In re:  SHANI NURANI SHIEKH ABRAR,

                    Petitioner.

On Petition for Writ of Mandamus.  (No. 2:11-cr-00034-RBS-DEM-3)

Submitted:  July 21, 2016            Decided:  July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Shani Nurani Shiekh Abrar, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shani Nurani Shiekh Abrar petitions for a writ of mandamus seeking an order compelling the district court to appoint him counsel to assist Abrar in filing a habeas motion. Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Abrar has not established that he has a clear right to appointment of counsel, or that extraordinary circumstances exist justifying mandamus relief. Accordingly, although we grant leave to proceed in forma pauperis, we deny Abrar's petition and supplemental petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2